

# Fourth Court of Appeals
## San Antonio, Texas

January 16, 2019

No. 04-17-00558-CV

**KONARK LIMITED PARTNERSHIP** (Cross- Appellee),
Appellant

v.

**BTX SCHOOLS, INC.** and Basis Schools (Cross- Appellants),
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-01954
Honorable Laura Salinas, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
           Rebeca C. Martinez, Justice
           Patricia O. Alvarez, Justice
           Luz Elena D. Chapa, Justice
           Irene Rios, Justice
           Beth Watkins, Justice
           Liza A. Rodriguez, Justice

The panel has considered the motion for en banc reconsideration, and the motion is DENIED.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court